Sam Cohen, appellee, v. Westfall Storage, Van and Express Company, appellant.  Gen. No. 27,360.

Action to recover for the negligence of defendant as a warehouseman in carting and storing certain rugs and other articles.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. J. W. Schulman, Judge, presiding.  Heard in this court

at the October term, 1921. Reversed and remanded. Opinion filed October 30, 1922.

Raber, Kostner, Andalman & Arvey, for appellant; Nat. M. Kahn, of counsel. No appearance for appellee.

Mr. Justice Dever delivered the opinion of the court.